**Order filed October 2, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00577-CV
———————

**SAMAH ABU-MAHEED, Appellant**

**V.**

**ABDULNASSIR TAMIMI, Appellee**

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-40720**

## O R D E R

The clerk's record was filed August 7, 2012. The official court reporter notified this court that she had been advised by appellant's counsel that no reporter's record will be filed in this appeal. Accordingly, appellant's brief was due September 6, 2012. No brief or motion for extension of time has been filed.

Unless appellant files her brief with the clerk of this court on or before **November 2, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM